190 So. 303

**Ben ROBERTS v. STATE.**

**6 Div. 531.**

Supreme Court of Alabama.

June 29, 1939.

Thos. S. Lawson, Atty. Gen., and L. L. Mooneyham, Asst. Atty. Gen., for the State.

Beddow, Ray & Jones and J. Howard Perdue, Jr., all of Birmingham, opposed.

BOULDIN, Justice.

Petition of the State of Alabama, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Roberts v. State, 190 So. 301.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.